1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 | CHERIE PALMER,

            )   Case No.: 1:18-cv-0356 - JLT

12 |        Plaintiff,                )   ORDER DISCHARGING THE ORDER TO
                                     )   SHOW CAUSE DATED AUGUST 17, 2018

13 |       v.                         )
                                     )   (Doc. 11)

14 | NANCY A. BERRYHILL,          )
Acting Commissioner of Social Security,    )

15 |                                       )
       Defendant.                )

16

17       On August 17, 2018, the Court ordered Plaintiff to show cause in writing why the action should

18 not be dismissed for failure to comply with the Court's orders and failure to prosecute. (Doc. 11) In the

19 alternative, Plaintiff was directed to serve her confidential letter brief and file proof of service with the

20 Court within fourteen days. (*Id.* at 2) Plaintiff timely filed a proof of service of her confidential letter

21 brief on August 20, 2018. (Doc. 17) Accordingly, the order to show cause dated August 17, 2018 (Doc.

22 11) is **DISCHARGED**.

23

24 IT IS SO ORDERED.

25     Dated:   **August 21, 2018**             **/s/ Jennifer L. Thurston**

26                                    UNITED STATES MAGISTRATE JUDGE

27

28