# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE PALMER,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:18-cv-0356 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 15) |

The parties have stipulated for Plaintiff to have an extension of time to file and serve her opening brief. (Doc. 15) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

    1.    The request for an extension of time (Doc. 15) is **GRANTED**; and

    2.    Plaintiff **SHALL** file her opening brief on or before **November 23, 2018**.

IT IS SO ORDERED.

    Dated:  **October 18, 2018**                **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE