# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE A. PALMER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:18-cv-356 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT <br><br> (Doc. 25) |

Cherie A. Palmer and Andrew Saul, Commissioner of Social Security, have stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 25) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $7,596.98 are **AWARDED** to Plaintiff Cherie A. Palmer.

IT IS SO ORDERED.

Dated: **November 20, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE